**JUDGE McMAHON**

**08 CV 5781**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURBERRY LIMITED,<br>    a United Kingdom Corporation<br><br>BURBERRY LIMITED,<br>    a New York Corporation<br><br>    Plaintiffs,<br><br>    v.<br><br>EURO MODA, INC., MODA OGGI, INC.<br>and JOHN FANNING<br><br>    Defendants. | Civil Action No. _____<br><br>**RECEIVED**<br>JUN 26 2008<br>U.S.D.C. S.D. N.Y.<br>CASHIERS |

## RULE 7.1 DISCLOSURE STATEMENT OF
## PLAINTIFFS BURBERRY LIMITED (UK) AND BURBERRY LIMITED (US)

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Burberry Limited, a New York corporation and Burberry Limited, a United Kingdom corporation, nongovernmental corporate parties in the above-referenced matter, through their attorneys, submit the following Corporate Disclosure Statement. Burberry Limited is incorporated in New York and is a wholly-owned subsidiary of Burberry Group PLC, which is a public company traded on the London Stock Exchange. Burberry Limited is incorporated in the United Kingdom and is a wholly-owned subsidiary of Burberry Group PLC, which is a public company traded on the London Stock Exchange.

Dated: New York, New York
June 26, 2008

STEPTOE & JOHNSON LLP

By: _____
Michael J. Allan
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000

Lenor Marquis Segal
750 Seventh Avenue
New York, NY 10019
(212) 506-3900

*Attorneys for Plaintiffs*
*Burberry Limited (UK) and*
*Burberry Limited (US)*

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served upon the parties listed below by facsimile and Federal Express on June 26, 2008, a true and correct copy of the annexed **Fed. R. Civ. P. 7.1 Disclosure Statement**.

*[signature]*
Kimberlyn W. Brzozowski

Kirk G. Downing, Esq.
9454 Wilshire Boulevard, Suite 600
Los Angeles, CA 90212
*Attorneys for Defendants*