UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURBERRY LIMITED,<br>    a United Kingdom Corporation<br><br>BURBERRY LIMITED,<br>    a New York Corporation<br><br>    Plaintiffs,<br><br>v.<br><br>EURO MODA, INC., MODA OGGI, INC.<br>and JOHN FANNING<br><br>    Defendants. | 08 CV 5781 (CM) (AJP)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                             ) ss:
COUNTY OF NEW YORK  )

Kimberlyn W. Brzozowski, being duly sworn, deposes and says:

1. I am a paralegal with the law firm of Steptoe & Johnson LLP, counsel to Plaintiffs Burberry Limited (UK) and Burberry Limited (US) in the above-captioned matter.

2. I am over the age of eighteen.

3. On June 26, 2008, I caused a true and correct copy of the Summons, Complaint, and Rule 7.1 Statement in the above-captioned matter to be served upon the parties listed below by electronic mail and Federal Express.

        Kirk G. Downing, Esq.
        9454 Wilshire Boulevard, Suite 600
        Los Angeles, CA 90212

        *Counsel for Defendants*

Dated: New York, New York
      July 1, 2008

_____
Kimberlyn W. Brzozowski

Sworn to before me this 1st
day of July, 2008

_____
Notary Public

LENOR C. MARQUIS
NOTARY PUBLIC, State of New York
No. 02MA6150495
Qualified in New York County
Commission Expires July 31, 2010