UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BURBERRY LIMITED, a United Kingdom
Corporation and BURBERRY LIMITED, a New
York Corporation,

        Plaintiffs,

- against -

EURO MODA INC., MODA OGGI, INC., and
JOHN FANNING,

        Defendants.
-----------------------------------------------------------X

RULE 1.7(A) DISCLOSURE STATEMENT

Civil Action No.: 08 cv 5781(CM)

    The non-governmental corporate party, EURO MODA INC., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

Dated: July 17, 2008
      New York, NY

                                                                   JOSEPH & SMARGIASSI, LLC

                                                                   By: _____
                                                                   John Smargiassi, Esq.
                                                           Attorney for Defendant
                                                           EURO MODA INC.,
                                                           Two Rector Street, 21st Floor
                                                          New York, NY 10006
                                                          (212) 625-9949