UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BURBERRY LIMITED, a United Kingdom
Corporation and BURBERRY LIMITED, a New
York Corporation,

                Plaintiffs,

    - against -

EURO MODA INC., MODA OGGI, INC., and
JOHN FANNING,

                Defendants.
------------------------------------------------------------X

RULE 1.7(A) DISCLOSURE STATEMENT

Civil Action No.: 08 cv 5781(CM)

The non-governmental corporate party, MODA OGGI, INC., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

Dated: July 17, 2008
      New York, NY

JOSEPH & SMARGIASSI, LLC

By:_____
   John Smargiassi, Esq.
Attorney for Defendant
MODA OGGI, INC.,
Two Rector Street, 21st Floor
New York, NY 10006
(212) 625-9949